IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

JOE HAND PROMOTIONS, INC.,

        Plaintiff(s), :    Case No. 3:11-cv-246

- vs -

        :    Judge Walter Herbert Rice

SURESH GUPTA, et al.,

        Defendant(s). :

## ORDER

It is hereby ordered that the above captioned cause be administratively processed.

April 25, 2012

                                  WALTER HERBERT RICE, JUDGE
                                  UNITED STATES DISTRICT COURT

AOProcessing/"Case Settled.  Final payment due August 30, 2012. Final Dismissal papers due 9/4/2012"